Jenara STEELE; Shannon Steele,
Plaintiffs–Appellants

v.

GREEN TREE SERVICING, L.L.C.;
Reo Properties Corp., Defendants–
Appellees.

No. 11–10103.

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2011.

Jack B. Peacock, Jr., Gagnon, Peacock &
Shanklin, P.C., Dallas, TX, for Plaintiffs–
Appellants.

Richard Allen McKinney, Esq., Higier,
Allen & Lautin, P.C., Addison, TX, for
Defendants–Appellees.

Before HIGGINBOTHAM, DAVIS, and
STEWART, Circuit Judges.

PER CURIAM: *

We affirm for essentially the reasons
stated by the district court.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.